IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Priscilla James,** | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No.  23-12313 (PMM) |

### ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** upon consideration of the Order to Show Cause (doc. #7, the "Show Cause Order"), notifying the Debtor that this bankruptcy case may be dismissed if she did not appear, see Show Cause Order;

**AND** the Debtor having failed to appear at the hearing held and concluded on September 12, 2023;

**AND** the Debtor having failed to file the required documents and schedules;

It is, therefore **ordered,** that the Debtor's bankruptcy case is hereby **dismissed**.

Date:  September 12, 2023

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Priscilla James
8313 Woolston Ave.
Philadelphia, PA 19150